SUBURBAN DEVELOPMENT CORPORATION *v.* TOWN
COUNCIL OF THE TOWN OF WEST HARTFORD

The motion by the plaintiff to dismiss the appeal
from the Court of Common Pleas in Hartford
County is granted unless the defendant files its
brief on or before December 19, 1968.

*Samuel S. Goldstein,* town counsel, for the appellant (defendant).

*Michael E. Grossmann,* for the appellee (plaintiff).

Argued December 3—decided December 3, 1968

JEAN BARON *v.* JOSEPH W. BARON

The motion by the defendant to dismiss the appeal
from the Superior Court in Fairfield County is
granted.

*E. Stanton Kennedy,* for the appellee (defendant).

No appearance for the appellant (plaintiff).

Argued December 3—decided December 3, 1968

DONNA COLLINS *v.* JANET S. YORK, SUPERINTENDENT,
STATE FARM FOR WOMEN

The motion by the plaintiff to dismiss the appeal
from the Superior Court in New London County is
denied.

*Richard T. Meehan,* for the appellee (plaintiff).

*Walter H. Scanlon,* assistant prosecuting attorney, for the appellant (defendant).